J. RUSSELL CUNNINGHAM, State Bar #130578
J. LUKE HENDRIX, State Bar #271424
GABRIEL P. HERRERA, State Bar #287093
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Real Party in Interest/Chapter 11 Trustee
HANK M. SPACONE

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CAPTAIN'S TABLE HOTEL, LLC,<br><br>Debtor. | Case No. 12-22149-C-11<br>Chapter 11 |
| HANK M. SPACONE, in his capacity as real party in interest/trustee for the bankruptcy estate of CAPTAIN'S TABLE HOTEL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB,<br><br>Defendant. | Adversary No.: 12-02160 |

### STIPULATION FOR ORDER DISMISSING ADVERSARY PROCEEDING #12-02160 WITH PREJUDICE

Plaintiff HANK M. SPACONE ("Trustee"), in his capacity as real party in interest/trustee for the bankruptcy estate of CAPTAIN'S TABLE HOTEL, LLC ("Debtor"), and Defendant ONEWEST BANK, FSB ("OneWest Bank"), hereby stipulate that:

1. Pursuant to the settlement agreement entered into between Trustee and OneWest Bank, approved by the Court by order entered March 25, 2013 (DNL-3) in the above-captioned parent bankruptcy case, the above-captioned adversary proceeding (#12-02160) shall be

1

1 | dismissed with prejudice, with the parties bearing their own attorney fees and costs.

2 |     **WHEREFORE,** Trustee and OneWest Bank respectfully request an Order dismissing the above-captioned adversary proceeding with prejudice, with the parties bearing their own attorney fees and costs.

Dated: April 16, 2013

DESMOND, NOLAN, LIVAICH & CUNNINGHAM

By: _____
J. LUKE HENDRIX,
Attorneys for Real Party in Interest/Chapter 11
Trustee, HANK M. SPACONE, Plaintiff

Dated: April 15, 2013

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP

By: _____
WILLIAM W. HUCKINS,
Attorneys for OneWest Bank, FSB, Defendant