

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**4/22/13**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

lars

# NOTICE OF ENTRY OF ORDER/JUDGMENT IN AN ADVERSARY PROCEEDING

| | |
|---|---|
| In re<br><br>Captain's Table Hotel, LLC<br><br>                                                Debtor(s). | **Bankruptcy Case No.**<br><br>12−22149 − C − 7 |
| Michael V. Nudelman<br><br>                                                Plaintiff(s),<br><br>v.<br>OneWest Bank, FSB<br><br>                                                Defendant(s). | **Adversary Proceeding No.**<br><br>12−02160 − C |

**NOTICE IS HEREBY GIVEN THAT:**

An order/judgment was entered on the docket in this adversary proceeding on April 22, 2013. The document number and docket text for this order/judgment are set forth below.

    **[148] – Order Approving 147 Stipulation for Order Dismissing Adversary Proceeding (ltas) (lars)**
    **[149] – Order/Civil Minute Order Dismissing Adversary Proceeding/Notice of Removal. (lars)**

Dated:
4/22/13

For the Court,
Wayne Blackwelder , Clerk